# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

UNITED STATES OF AMERICA
v.

**TERRY L. METZGER**

**JUDGMENT IN A CRIMINAL CASE**
(For a Petty Offense)-- Short Form
CASE NUMBER: 3:05mj208/MD

waived
Defendant's Attorney

☐ **THE DEFENDANT** pled guilty to count(s) One of the Information.

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. §§ 7 & 13 and FSS 856.011 | Disorderly Intoxication | 7/20/05 | One |

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney. The fine/SMA shall be paid no later than March 19, 2008.

| Assessment | Fine | Restitution |
|---|---|---|
| $ 10.00 | $ 100.0 | $ 0.00 |

Date of Imposition of Sentence - 2/20/08

*[signature]*

Miles Davis
UNITED STATES MAGISTRATE JUDGE

Date: **3-3-2008**

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

08 MAR -4 AM 9: 39

FILED